1 | Daniel C. Minteer (SBN 62148)
  | Adrian J. Rowe (SBN 263665)
2 | **DUANE MORRIS LLP**
  | 101 West Broadway, Suite 900
3 | San Diego, CA 92101
  | Telephone: (619) 744-2200
4 | Facsimile: (619) 744-2201
  | E-mail:    dminteer@duanemorris.com
5 |            ajrowe@duanemorris.com

Attorneys for Plaintiffs CARDSOFT, INC. and
CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF
CREDITORS), LLC and Third Party DONALD E.
SWEET

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDSOFT, INC. AND CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., VERIFONE, INC., HYPERCOM CORP., INGENICO S.A., INGENICO CORP., INGENICO INC., WAY SYSTEMS, INC., SHERA INTERNATIONAL LTD., AND BLUE BAMBOO (USA), INC.,<br><br>Defendants. | Case No.: 3:11-mc-80181-SI<br><br>[Underlying Case No. 2:08-CV-0098 in the United States District Court for the Eastern District of Texas, Marshall Division]<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANT HYPERCOM CORPORATION'S MOTION TO COMPEL COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA FOR DEPOSITION AND PRODUCTION OF DOCUMENTS OF THIRD PARTY DONALD E. SWEET** |

   Whereas on July 29, 2011, Hypercom Corporation ("Hypercom") commenced a

Miscellaneous Action and filed a Motion to Compel Third Party Donald E. Sweet to comply with

Federal Rule Of Civil Procedure 45 Subpoena for Deposition and Production of Documents.

   WHEREAS counsel for Donald E. Sweet, CardSoft, Inc. and CardSoft (Assignment for the

Benefit of Creditors), LLC require additional time to finalize supporting declarations;

---

**Stipulation to Modify the Briefing Schedule for Defendant Hypercom's Motion to Compel:
Case No.: 3:11-mc-80181-SI**

DM1\2781167.1

WHEREAS counsel for Donald E. Sweet, CardSoft, Inc. and CardSoft (Assignment for the Benefit of Creditors), LLC have requested a modification of the briefing schedule on the Motion to Compel;

WHEREAS counsel for Hypercom has no objection to the requested modification and has agreed to a modified briefing schedule;

WHEREAS there have been no previous time modifications to the briefing schedule.

WHEREAS a one week extension to the briefing schedule for the Motion will not result in prejudice to Hypercom, CardSoft or Donald E. Sweet;

WHEREAS the time modification will have no effect on the case schedule;

IT IS HEREBY STIPULATED by the parties, through their respective counsel, as follows:

1. Any opposition to the Motion to Compel will be filed on August 19, 2011.

2. Any reply to the Motion to Compel will be filed on August 26, 2011.

Dated: August 12, 2011                **DUANE MORRIS LLP**

By: /s/ Adrian J. Rowe
Daniel C. Minteer
Adrian J. Rowe
Attorneys for Plaintiffs and Third Party Donald E. Sweet

1 | Dated: August 12, 2011  **JONES DAY**

By: /s/ Patrick T. Michael
    Patrick T. Michael
    Lara Kollios
    Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**

DATED: __8/19_____, 2011

_____
Hon. Susan Illston
United States District Judge
Northern District of California

---

**3**
**Stipulation to Modify the Briefing Schedule for Defendant Hypercom's Motion to Compel:
Case No.: 3:11-mc-80181-SI**

DM1\2781167.1