RECEIVED
2011 SEP -7 P 1:25
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CardSoft, Inc. and CardSoft, LLC<br><br>Plaintiff,<br><br>v.<br><br>Verifone Holdings, Inc. et al.<br><br>Defendant. | CASE NO. ~~2:08-cv-00098~~<br>3:11mc80181 SI<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Donald R. McPhail, whose business address and telephone number is

Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004          Telephone No. 202-776-7800

and who is an active member in good standing of the bar of District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing CardSoft, Inc. et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/9/11

_____
Hon. Susan Illston
United States District Judge

ORIGINAL