RECEIVED

2011 SEP -7 P 1:25

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CardSoft, Inc. and CardSoft, LLC | CASE NO. ~~2-08-cv-00098~~ |
| | 3:11mc80181 SI |
| Plaintiff, | **(Proposed)** |
| | **ORDER GRANTING APPLICATION** |
| v. | **FOR ADMISSION OF ATTORNEY** |
| | *PRO HAC VICE* |
| Verifone Holdings, Inc. et al. | |
| Defendant. | |

Donald R. McPhail                         , whose business address and telephone number is

Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004                Telephone No. 202-776-7800

and who is an active member in good standing of the bar of  District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  CardSoft, Inc. et al.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  9/9/11

Hon. Susan Illston
United States  District      Judge

ORIGINAL